IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| EDWIN ISRAEL LEAL RAX, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 1:15-CV-0016-P-BL |
| | ) | |
| GLOBAL EXPERT IN OUTSOURCING, et al., | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SIGNED this 7th day of January, 2016.**

**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**